UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: Pauline Brown                                Case Number: 19-22944-JKO
                                                    Chapter 13

___Debtor (s)_____/

OBJECTION TO CLAIM NO. 12 OF MEB Loan Trust IV( SPS).

THIS OBJECTION SEEKS TO EITHER DISALLOW OR REDUCE THE AMOUNT OR CHANGE THE PRIORITY STATUS OF THE CLAIM FILED BY YOU OR ON YOUR BEHALF PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED. UPON THE FILING OF THIS OBJECTION AN EXPEDITED HEARING ON THIS OBJECTION WILL BE SCHEDULED FOR THE CONFIRMATION HEARING IN ACCORDANCE WITH LOCAL RULE 3007-1(B)(2).

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Local Rule 30071(B)(2), the Debtor, by and through undersigned counsel, objects to the claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 12 | MEB Loan Trust | $88,346.07 | The creditor filed an secured claim in with arrears of $12,927.90.. The Debtor states that this regular monthly should be $351.00. Sustain Objection and allow the regular monthly payment should be $351.00. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the Claimant and the Debtor at least fourteen (14) days prior to the Confirmation Hearing Date and that a Certificate of Service conforming to Local Rule 2002-1(F) must be filed with the Court when the objection and notice of hearing are served.

Dated: 1/20/2020

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULES 3015-3(A)(1) AND 9073-1(D)

I hereby certify that a copy of this Objection and the Notice of Hearing Generated by the Court upon filing of instant motion will be served pursuant to Bankruptcy Rule 7004 on the Chapter 13 trustee and the following affected parties in the manner described below on this 23rd day of December, 2019 and that I have conferred with opposing counsel in an attempt to resolve these issues before requesting this hearing:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

**Served Upon:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA CERTIFIED U.S. MAIL**

MEB Loan Trust IV
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165

Bank of America, NA
Attn: Brian T. Moynihan, CEO
100 North Tryon St
Charlotte, NC 28255

**VIA US MAIL**

Bank of America, NA
PO Box 31785
Tampa, FL 33631-3785
Bank of America NA

Attn: Bankruptcy
PO Box 982238
El Paso, TX 79998

Bank of America, NA
c/o Albertelli Law
PO Box 23028
Tampa, FL 33623

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
Attn: Kelly Lukason, Bankruptcy Specialist

Merrick Bank
c/o Resurgent Capital Services
POB 10368
Greenville, SC 29603-0368
Attn: David Lamb, Claims Processor

Capital One Auto Finance
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Comenity Bank / Chadwicks
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank / Dots
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank / Drap
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank / Draperdamon
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Comenity Bank / Haba / MPRC
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Credence Resource Management
17000 Dallas Parkway
Dallas, TX 75248

First Premier Bank
Attn:Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Kohls / Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

Midland Funding
2365 Northside Dr #300
San Diego, CA 92108

Montgomery Wards
Midnight Velvet
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566

Orien Brown
5901 NW 14 Pl
Sunrise, FL 33313

Portfolio Recovery Assoc
Attn: Bankruptcy
120 Vorporate Blvd
Norfolk, VA 23502

Portfolio Recovery Associates
Attn: Bankruptcy
120 Corporate Blvd
Norfolk, VA 23502

Setoyota Fin - World Omni Financial Corp
Attn: Bankruptcy
PO Box 991817
Mobile, AL 36691

Synchrony Bank / Sams Club
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank / TJX Cos
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony Bank / Walmart
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

We Florida Financial
Attn: Bankruptcy dept
1982 N State Road 7
Margate, FL 33063

Premier Bankcard, LLC
c/o Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Capital One, NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pauline Brown
5901 NW 14th Place
Sunrise, FL 33313

Dated: January 20, 2020

LAW OFFICES OF CONWADE D. LEWIS, P.A.
3500 North State Road 7, Suite # 440
Lauderdale Lakes, FL 33319
(954)714-1011 tel   (954)714-1041 fax
vwlewis@aol.com

/s/ Conwade D. Lewis
**Conwade D. Lewis, Esquire**
**Florida Bar No.: 0968455**

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).