IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

PAULINE BROWN                               CASE NO.: 19-22944-JKO
                                            CHAPTER: 13
        Debtor.
_____/

## RESPONSE TO OBJECTION TO CLAIM NO. 12

COMES NOW MEB Loan Trust IV (the "Creditor"), by and through the undersigned counsel, and hereby files this *Response to Objection to Claim No. 12* (the "Response"); and in support, respectfully alleges the following:

1. The Creditor is mortgagee for a loan on property owned by Debtor, located at 5901 NW 14th PL., Sunrise, FL 33313.

2. The Creditor affirms a timely Proof of Claim [Claim 12-1] was filed on January 3, 2020 in the total debt amount of $88,346.07, a secured arrearage amount of $12,297.90, and an ongoing, post-petition amount of $805.99.

3. On January 21, 2020, the Debtor filed an Objection to Claim No. 12-1 (DE 39) (the "Objection") and in such *Objection*, Debtor's basis for objection is that the regular monthly mortgage payment should be $351.00 and not $805.99 as listed on Claim 12-1.

4. The Creditor's Proof of Claim should be allowed to stand as filed since the Proof of Claim reflects the true and correct status of the loan as of the date of the filing of the petition.

5. The original loan terms remain in effect; Claim 12-1 is prima facie evidence of the Debt as of the date of the Bankruptcy Petition, and the Debtor presents no evidence to rebut the prima facie effect of Claim 12-1.

6. Based on the foregoing, the Proof of Claim should be allowed as filed and the Debtor should be required to pay the arrearage through the Chapter 13 Plan.

7. This matter has been scheduled for hearing on March 2, 2020 at 1:00 P.M.

ALAW FILE NO. 19-024775

8. The Creditor reserves the right to supplement and/or amend this Response in the future.

WHEREFORE, MEB Loan Trust IV, respectfully requests that this Court enter an Order Denying Debtor's Objection to Claim 12, and awarding any and all other relief this Court deems just and appropriate.

*/s/ Ella Roberts*
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 19-024775

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Objection to Claim No. 12, was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 5th day of February, 2020.

**SERVICE LIST**

*Debtor*
**Pauline Brown**
5901 NW 14 Pl
Sunrise, FL 33313

*Debtor's Attorney*
**Conwade D. Lewis, Esq.**
3500 N State Rd 7 Ste#440
Lauderdale Lakes, FL 33319

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

/s/ Ella Roberts
Ella Roberts, Esq.
FBN 0075943
813-221-4743

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

ALAW FILE NO. 19-024775